1  JEFFREY W. KRAMER (SBN 71547)
   Email: jkramer@troygould.com
2  ANNMARIE MORI (SBN 217835)
   Email: amori@troygould.com
3  TROYGOULD PC
   1801 Century Park East, 16th Floor
4  Los Angeles, CA 90067-2367
   Telephone:   (310) 553-4441
5  Facsimile:   (310) 201-4746

6  Attorneys for Plaintiffs

7

8                    UNITED STATES DISTRICT COURT

9            CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

10

11 BROADCAST MUSIC, INC.;                    Case No.
   SONY/ATV SONGS LLC d/b/a
12 SONY/ATV ACUFF ROSE MUSIC; E. O.          COMPLAINT FOR COPYRIGHT
   SMITH MUSIC; SONGS OF                     INFRINGEMENT
13 UNIVERSAL, INC.; ESCATAWPA
   SONGS; WARNER-TAMERLANE
14 PUBLISHING CORP.; AVERAGE JOE'S
   ENTERTAINMENT GROUP LLC d/b/a
15 AVERAGE ZJS MUSIC PUBLISHING;
   INDIANA ANGEL MUSIC; EMI
16 BLACKWOOD MUSIC INC.;
   DYNAMITE COP MUSIC; MATZA
17 BALL MUSIC; MASTER FALCON
   MUSIC; PRESCRIPTION SONGS LLC
18 d/b/a WHERE DA KASZ AT; NEON
   HITCH PRODUCTIONS INC. d/b/a
19 CAGJE MUSIC,

20            Plaintiffs,
        vs.
21
   CRAIG SPORTS, LLC d/b/a GATORS
22 SPORTS BAR & GRILL; WILLIAM
   ALLEN CRAIG; HEATHER LYNN
23 CRAIG; KENNETH MICHAEL CRAIG;
   and DONALD CHRIS HALL, each
24 individually,

25            Defendants.

26

27

28

**TroyGould PC**

COMPLAINT FOR COPYRIGHT INFRINGEMENT

03202-0057 285240.1

Plaintiffs Broadcast Music, Inc.; Sony/ATV Songs LLC d/b/a Sony/ATV Acuff Rose Music; E. O. Smith Music; Songs Of Universal, Inc.; Escatawpa Songs; Warner-Tamerlane Publishing Corp.; Average Joe's Entertainment Group LLC d/b/a Average ZjS Music Publishing; Indiana Angel Music; EMI Blackwood Music Inc.; Dynamite Cop Music; Matza Ball Music; Master Falcon Music; Prescription Songs LLC d/b/a Where Da Kasz At; Neon Hitch Productions Inc. d/b/a Cagje Music (collectively, "Plaintiffs"), by their attorneys, for their Complaint against Defendants Craig Sports, LLC d/b/a Gators Sports Bar & Grill; William Allen Craig; Heather Lynn Craig; Kenneth Michael Craig; and Donald Chris Hall (collectively, "Defendants"), allege as follows (on knowledge as to Plaintiffs; otherwise on information and belief):

## JURISDICTION AND VENUE

1. This is a suit for copyright infringement under the United States Copyright Act of 1976, as amended, 17 U.S.C. Sections 101 et seq. (the "Copyright Act"). This Court has jurisdiction pursuant to 28 U.S.C. Section 1338(a).

2. Venue is proper in this judicial district pursuant to 28 U.S.C. Section 1400(a).

## THE PARTIES

3. Plaintiff Broadcast Music, Inc. ("BMI"), is a corporation organized and existing under the laws of the State of New York. BMI's principal place of business is 7 World Trade Center, 250 Greenwich Street, New York, New York 10007. BMI has been granted the right to license the public performance rights in approximately 10.5 million copyrighted musical compositions (the "BMI Repertoire"), including those which are alleged herein to have been infringed.

4. The Plaintiffs other than BMI are the owners of the copyrights in the musical compositions, which are the subject of this lawsuit. All Plaintiffs are joined pursuant to Fed. R. Civ. P. 17(a) and 19(a).

5. Plaintiff Sony/ATV Songs LLC is a limited liability company doing business as Sony/ATV Acuff Rose Music. This Plaintiff is the copyright owner of at least one of the songs in this matter.

6. Plaintiff E. O. Smith Music is a sole proprietorship owned by Rivers Cuomo. This Plaintiff is the copyright owner of at least one of the songs in this matter.

7. Plaintiff Songs of Universal, Inc. is a corporation. This Plaintiff is the copyright owner of at least one of the songs in this matter.

8. Plaintiff Escatawpa Songs is a partnership owned by Bradley Kirk Arnold, Robert Todd Harrell, Matthew Darrick Roberts, and Christopher Lee Henderson. This Plaintiff is the copyright owner of at least one of the songs in this matter.

9. Plaintiff Warner-Tamerlane Publishing Corp. is a corporation. This Plaintiff is the copyright owner of at least one of the songs in this matter.

10. Plaintiff Average Joe's Entertainment Group LLC is a limited liability company doing business as Average Zjs Music Publishing. This Plaintiff is the copyright owner of at least one of the songs in this matter.

11. Plaintiff Indiana Angel is a sole proprietorship owned by Brantley Keith Gilbert. This Plaintiff is the copyright owner of at least one of the songs in this matter.

12. Plaintiff EMI Blackwood Music Inc. is a corporation. This Plaintiff is the copyright owner of at least one of the songs in this matter.

13. Plaintiff Dynamite Cop Music is a sole proprietorship owned by Kesha Rose Sebert. This Plaintiff is the copyright owner of at least one of the songs in this matter.

14. Plaintiff Matza Ball Music is a sole proprietorship owned by Joseph Levin. This Plaintiff is the copyright owner of at least one of the songs in this matter.

15. Plaintiff Master Falcon Music is a partnership owned by Sean Michael Foreman and Nathaniel Warren Seth Motte. This Plaintiff is the copyright owner of at least one of the songs in this matter.

16. Plaintiff Prescription Songs LLC is a limited liability company doing business as Where Da Kasz At. This Plaintiff is the copyright owner of at least one of the songs in this matter.

17. Plaintiff Neon Hitch Productions Inc. is a corporation doing business as Cagje Music. This Plaintiff is the copyright owner of at least one of the songs in this matter.

18. Defendant Craig Sports, LLC is a limited liability company organized and existing under the laws of the State of California, which operates, maintains and controls an establishment known as Gators Sports Bar & Grill, located at 12249 Hesperia Road, Suite 1B, Victorville, California 92395, in this district (the "Establishment").

19. In connection with the operation of the Establishment, Defendant Craig Sports, LLC publicly performs musical compositions and/or causes musical compositions to be publicly performed.

20. Defendant Craig Sports, LLC has a direct financial interest in the Establishment.

21. Defendant William Allen Craig is the Managing Member of Defendant Craig Sports, LLC with responsibility for the operation and management of that corporation and the Establishment. Defendants Heather Lynn Craig, Kenneth Michael Craig, and Donald Chris Hall are stockholders of Defendant Craig Sports, LLC with responsibility for the operation and management of that corporation and the Establishment.

22. Defendants William Allen Craig, Heather Lynn Craig, Kenneth Michael Craig, and Donald Chris Hall have the right and ability to supervise the activities of Defendant Craig Sports, LLC and a direct financial interest in that corporation and the Establishment.

## CLAIMS OF COPYRIGHT INFRINGEMENT

23. Plaintiffs repeat and reallege each of the allegations contained in paragraphs 1 through 22.

24. Since April 2015, BMI has reached out to Defendants over 30 times, by phone and mail in an effort to educate Defendants as to their obligations under the Copyright Act with respect to the necessity of purchasing a license for the public performance of musical compositions in the BMI repertoire. Included in the letters were Cease and Desist Notices, providing Defendants with formal notice that they must immediately cease all use of BMI-licensed music in the Establishment.

25. Plaintiffs allege five (5) claims of willful copyright infringement, based upon Defendants' unauthorized public performance of musical compositions from the BMI Repertoire. All of the claims for copyright infringement joined in this Complaint are governed by the same legal rules and involve similar facts. Joinder of these claims will promote the convenient administration of justice and will avoid a multiplicity of separate, similar actions against Defendants.

26. Annexed to this Complaint as a schedule (the "Schedule") and incorporated herein is a list identifying some of the many musical compositions whose copyrights were infringed by Defendants. The Schedule contains information on the five (5) claims of copyright infringement at issue in this action. Each numbered claim has the following eight lines of information (all references to "Lines" are lines on the Schedule): Line 1 providing the claim number; Line 2 listing the title of the musical composition related to that claim; Line 3 identifying the writer(s) of the musical composition; Line 4 identifying the publisher(s) of the musical composition and the plaintiff(s) in this action pursuing the claim at issue; Line 5 providing the date on which the copyright registration was issued for the musical composition; Line 6 indicating the copyright registration number(s) for the musical composition; Line 7 showing the date(s) of infringement; and Line 8 identifying the Establishment where the infringement occurred.

27. For each work identified on the Schedule, the person(s) named on Line 3 was the creator of that musical composition.

28. For each work identified on the Schedule, on or about the date(s) indicated on Line 5, the publisher(s) named on Line 4 (including any predecessors in interest), complied in all respects with the requirements of the Copyright Act and received from the Register of Copyrights Certificates of Registration bearing the number(s) listed on Line 6.

29. For each work identified on the Schedule, on the date(s) listed on Line 7, Plaintiff BMI was (and still is) the licensor of the public performance rights in the musical composition identified on Line 2. For each work identified on the Schedule, on the date(s)

1 listed on Line 7, the Plaintiff(s) listed on Line 4 was (and still is) the owner of the copyright
2 in the respective musical composition listed on Line 2.

3     30.    For each work identified on the Schedule, on the date(s) listed on Line 7,
4 Defendants publicly performed and/or caused to be publicly performed at the Establishment
5 the musical composition identified on Line 2 without a license or permission to do so.
6 Thus, Defendants have committed copyright infringement.

7     31.    The specific acts of copyright infringement alleged in the Complaint, as well
8 as Defendants' entire course of conduct, have caused and are causing Plaintiffs great and
9 incalculable damage. By continuing to provide unauthorized public performances of works
10 in the BMI Repertoire at the Establishment, Defendants threaten to continue committing
11 copyright infringement. Unless this Court restrains Defendants from committing further
12 acts of copyright infringement, Plaintiffs will suffer irreparable injury for which they have
13 no adequate remedy at law.

14     32.    Plaintiffs seek statutory damages pursuant to 17 U.S.C. § 504. Plaintiffs
15 further seek an order that Defendants be enjoined, pursuant to 17 U.S.C. § 502 from
16 infringing, in any manner, the copyrighted musical compositions licensed by BMI.

17     WHEREFORE, Plaintiffs pray that:

18     (I)    Defendants, their agents, servants, employees, and all persons acting under
19 their permission and authority, be enjoined and restrained from infringing, in any manner,
20 the copyrighted musical compositions licensed by BMI, pursuant to 17 U.S.C. Section 502;

21     (II)    Defendants be ordered to pay statutory damages, pursuant to 17 U.S.C.
22 Section 504(c);

**TroyGould PC**

5
COMPLAINT FOR COPYRIGHT INFRINGEMENT

03202-0057 285240.1

(III) Defendants be ordered to pay costs, including a reasonable attorney's fee, pursuant to 17 U.S.C. Section 505; and

(IV) Plaintiffs have such other and further relief as is just and equitable.

Date: September 9, 2016          TROYGOULD PC

By: /s/AnnMarie Mori
    AnnMarie Mori
    Attorneys for Plaintiffs

**TroyGould PC**

6

COMPLAINT FOR COPYRIGHT INFRINGEMENT

03202-0057 285240.1

# *Schedule*

| | | |
|---|---|---|
| Line 1 | Claim No. | 1 |
| Line 2 | Musical Composition | Just Dropped In To See What Condition My Condition Was In a/k/a Just Dropped In |
| Line 3 | Writer(s) | Mickey Newbury |
| Line 4 | Publisher Plaintiff(s) | Sony/ATV Songs LLC d/b/a Sony/ATV Acuff Rose Music |
| Line 5 | Date(s) of Registration | 11/24/67 |
| Line 6 | Registration No(s). | Ep 238902 |
| Line 7 | Date(s) of Infringement | 05/10/2016 |
| Line 8 | Place of Infringement | Gator's Sports Bar & Grill |

| | | |
|---|---|---|
| Line 1 | Claim No. | 2 |
| Line 2 | Musical Composition | Say It Ain't So |
| Line 3 | Writer(s) | Rivers Cuomo |
| Line 4 | Publisher Plaintiff(s) | Rivers Cuomo, an individual d/b/a E. O. Smith Music |
| Line 5 | Date(s) of Registration | 3/20/96 |
| Line 6 | Registration No(s). | PA 787-865 |
| Line 7 | Date(s) of Infringement | 05/10/2016 |
| Line 8 | Place of Infringement | Gator's Sports Bar & Grill |

| | | |
|---|---|---|
| Line 1 | Claim No. | 3 |
| Line 2 | Musical Composition | Kryptonite |
| Line 3 | Writer(s) | Bradley Kirk Arnold; Robert Todd Harrell; Matthew Darrick Roberts |
| Line 4 | Publisher Plaintiff(s) | Songs of Universal, Inc.;  Bradley Kirk Arnold, Robert Todd Harrell, Matthew Darrick Roberts and Christopher Lee Henderson, a partnership d/b/a Escatawpa Songs |
| Line 5 | Date(s) of Registration | 2/28/00 |
| Line 6 | Registration No(s). | PAu 2-480-972 |
| Line 7 | Date(s) of Infringement | 05/10/2016 |
| Line 8 | Place of Infringement | Gator's Sports Bar & Grill |

| | | |
|---|---|---|
| Line 1 | Claim No. | 4 |
| Line 2 | Musical Composition | Dirt Road Anthem |
| Line 3 | Writer(s) | Brantley Gilbert; Colt Ford |
| Line 4 | Publisher Plaintiff(s) | Warner-Tamerlane Publishing Corp.; Average Joe's Entertainment Group  LLC.d/b/a Average Zjs Music Publishing; Brantley Keith Gilbert, an individual d/b/a Indiana Angel Music |
| Line 5 | Date(s) of Registration | 5/10/10 |
| Line 6 | Registration No(s). | PA 1-694-080 |
| Line 7 | Date(s) of Infringement | 5/10/2016 |
| Line 8 | Place of Infringement | Gator's Sports Bar & Grill |

| | | |
|---|---|---|
| Line 1 | Claim No. | 5 |
| Line 2 | Musical Composition | Blah Blah Blah |
| Line 3 | Writer(s) | Kesha Sebert; Benjamin Levin a/k/a Benny Blanco; Neon Hitch; Sean Foreman |
| Line 4 | Publisher Plaintiff(s) | EMI Blackwood Music Inc.; Kesha Rose Sebert d/b/a Dynamite Cop Music; Benjamin Joseph Levin d/b/a Matza Ball Music; Sean Michael Foreman and Nathaniel Warren Seth Motte, a partnership d/b/a Master Falcon Music; Prescription Songs LLC d/b/a Where Da Kasz At; Neon Hitch Productions Inc. d/b/a Cagje Music |
| Line 5 | Date(s) of Registration | 2/19/10 |
| Line 6 | Registration No(s). | PA 1-688-573 |
| Line 7 | Date(s) of Infringement | 05/10/2016 |
| Line 8 | Place of Infringement | Gator's Sports Bar & Grill |