JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROADCAST MUSIC, INC., et al., | Case No. ED CV 16-1941 FMO (SPx) |
| Plaintiffs, | |
| v. | **JUDGMENT AND PERMANENT INJUNCTION** |
| CRAIG SPORTS, LLC, et al., | |
| Defendants. | |

Pursuant to the Court's Order Re: Plaintiffs' Motion for Default Judgment, filed contemporaneously with the filing of this Judgment, IT IS ADJUDGED that:

1. Default judgment shall be entered in favor of plaintiffs[1] and against defendants Craig Sports, LLC, William Allen Craig, Heather Lynn Craig, Kenneth Michael Craig, and Donald Chris Hall, in the amount of $15,000 plus post-judgment interest pursuant to 28 U.S.C. § 1961. Defendants shall also pay plaintiffs the amount of $1,500 for attorney's fees and $1,051 for costs.

2. Defendants Craig Sports, LLC, William Allen Craig, Heather Lynn Craig, Kenneth Michael Craig, and Donald Chris Hall and their agents, servants, employees and all persons acting

---

[1] Plaintiffs are Broadcast Music, Inc., Sony/ATV Songs LLC d/b/a Sony/ATV Acuff Rose Music; E.O. Smith Music; Songs of Universal, Inc.; Escatawpa Songs; Warner-Tamerlane Publishing Corp.; Average Joe's Entertainment Group LLC d/b/a Average Zjs Music Publishing; Indiana Angel Music; EMI Blackwood Music Inc.; Dynamite Cop Music; Matza Ball Music; Master Falcon Music; Prescription Songs LLC d/b/a Where Da Kasz At; Neon Hitch Productions Inc. d/b/a Cagje Music.

under their permission or authority shall be permanently enjoined and restrained from infringing, in any manner, the copyrighted musical works at issue in this case and licensed by Broadcast Music, Inc.

3. Plaintiffs shall serve defendants with a copy of this Judgment in such a manner as to make it operative in any future proceedings.

Dated this 30th day of January, 2017.

/s/
Fernando M. Olguin
United States District Judge